**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANICE ALLEN-BROOKS,<br><br>   Plaintiff,<br><br>     v.<br><br>THE PARK SCHOOL and SCOTT YOUNG, individually and as Head of School,<br><br>   Defendants. | Civil Action No. 26-cv-12757 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants The Park School and Scott

Young hereby remove the action brought by Plaintiff Janice Allen-Brooks in the Commonwealth

of Massachusetts Norfolk County Superior Court, Civil Action No. 2582CV01159, to this Court.

In support of this notice, Defendants states:

1.      On October 25, 2025, Allen-Brooks filed a civil action in the Norfolk Superior

Court. The action is styled as case number 2582CV01159. *See* Exhibit A (Complaint).

2.      Allen-Brooks's complaint alleges violations of, among other things, the

Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 *et seq*.

3.      Following the Superior Court's allowance of a motion to extend the period to

serve the Complaint, Allen-Brooks served Defendants with a copy of the summons and

complaint on May 18, 2026. *See* Exhibit B (Return of Service).

4.      Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all other process,

pleadings, and orders served upon Defendants and filed in the state court action are attached as

Exhibit C.

## VENUE

5.      The United States District Court for the District of Massachusetts is the federal judicial district embracing the Commonwealth of Massachusetts Norfolk County Superior Court, where this action was originally filed. Therefore, pursuant to 28 U.S.C. §§ 101, 1441(a), assignment to the United States District Court for the District of Massachusetts is proper.

## GROUNDS FOR JURSIDICTION

6.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Allen-Brooks's ADA claims, which arise under the laws of the United States.

7.      Pursuant to 28 U.S.C. § 1337(a), this Court has supplemental jurisdiction over Allen-Brooks's remaining claims, as they relate to claims over which this Court has original jurisdiction and form part of the same case or controversy under Article III of the United States Constitution.

## TIMELY REMOVAL

8.      Defendants were served with the summons and complaint on May 18, 2026. Defendants have filed this notice of removal within thirty days of service of the complaint, and it is therefore timely pursuant to 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (period for removal under 28 U.S.C. § 1446(b) begins to run only after a defendant is brought under the court's authority by service of process).

## NOTICE TO STATE COURT

9.      Pursuant to 28 U.S.C. § 1446(d), undersigned counsel has filed this notice of removal, as well as a notice of filing of notice of removal, with the Clerk of the Commonwealth of Massachusetts Norfolk County Superior Court and has served the same on counsel for Allen-Brooks.

WHEREFORE, Defendants hereby remove the state court action to this Court's jurisdiction.

<div style="margin-left: 50%;">

Respectfully submitted,

THE PARK SCHOOL and SCOTT YOUNG, individually and as Head of School,

By their attorneys,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

</div>

Dated: June 17, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, this document was filed through the ECF system. It will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing. I also served this document by certified mail and email on Allen-Brooks, through her counsel of record in the state court action:

Denzil D. McKenzie
McKenzie & Associates, P.C.
183 State Street, Suite 6
Boston, MA 02109
dmckenzie@mckenzielawpc.com

<div style="margin-left: 50%;">

/s/ *Alexandra Arnold*
Alexandra Arnold

</div>

3