(TO PLAINTIFF'S ATTORNEY: **PLEASE CIRCLE TYPE OF ACTION INVOLVED:**
**TORT - MOTOR VEHICLE TORT - CONTRACT -**
**EQUITABLE RELIEF - OTHER)**

# COMMONWEALTH OF MASSACHUSETTS

**NORFOLK,** ss.

**SUPERIOR COURT**
**CIVIL ACTION**

NO. 2582CV01159

Janice Allen Brooks_____, *Plaintiff(s)*

v.

The Park School and Scott
Young, individually and as Head of School, *Defendant(s)*

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Denzil D. McKenzie, plaintiff's attorney, whose address is 183 State Street Suite 6, Boston MA 02109 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS,   Michael D. Ricciuti, Esquire   , at Norfolk_____ the __13_____

day of __May_____, in the year of our Lord two thousand and __26_____

_____  Clerk.

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33

## PROOF OF SERVICE OF PROCESS

 **Norfolk County Sheriff's Office**, 1255 Hancock Street, Quincy, MA 02169 / Tel. (781) 326-7271
**Norfolk, SS**

May 19, 2026

I hereby certify and return that on 5/18/2026 at 10:31 AM I served a true and attested copy of the summons, complaint and civil action cover sheet with allowed motion for leave of court to extend the period to serve complaint in this action in the following manner: To wit, by delivering in hand to Scott Young, Head of School, person in charge at the time of service for The Park School, at 171 Goddard Avenue Brookline, MA 02445 . Travel ($5.76) Attestation - 1 Copy ($5.00) Basic Service Fee ($30.00) Conveyance ($3.60) Office Expense/Additional Postage ($5.00) Postage and Handling ($1.00) Total: $50.36

**Deputy Sheriff**

Deputy Sheriff **Ronald Goguen**

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO.

.........., *Plaintiff*

v.

.........., *Defendant*

SUMMONS

(Mass. R. Civ. P.4)

(TO PLAINTIFF'S ATTORNEY:    PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER)

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 2582CV01159

Janice Allen-Brooks                    , Plaintiff(s)

v.

The Park School and Scott Young
individually and as Head of School, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Denzil D. McKenzie,
plaintiff's attorney, whose address is 183 State Street Suite 6 Boston MA 02109,
an answer to the complaint which is herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You are also required to file your answer to the
complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim
which you may have against the plaintiff which arises out of the transaction or occurrence that is the
subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other
action.

WITNESS,    Michael D. Ricciuti, Esquire    , at Norfolk        the    13

day of    May                    , in the year of our Lord two thousand and _____

_____ Clerk.

NOTES:
1.  This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all such defendants should appear in the caption.
    If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33



**Norfolk County Sheriff's Office,** 1255 Hancock Street, Quincy, MA 02169 / Tel. (781) 326-7271
**Norfolk, SS**

May 19, 2026

I hereby certify and return that on 5/18/2026 at 10:31 AM I served a true and attested copy of the summons, complaint and civil action cover sheet with allowed motion for leave of court to extend the period to serve complaint in this action in the following manner: To wit, by delivering in hand to Scott Young, Individually and as Head of School at 171 Goddard Avenue The Park School Brookline, MA 02445 . Attestation - 1 Copy ($5.00) Basic Service Fee ($30.00) Office Expense/Additional Postage ($5.00) Postage and Handling ($1.00) Total: $41.00

**Deputy Sheriff**

**Deputy Sheriff  Ronald Goguen**

, 20     .

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO.

......................, *Plaintiff*

v.

......................, *Defendant*

SUMMONS

(Mass. R. Civ. P.4)