**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANICE ALLEN-BROOKS,<br><br>    Plaintiff,<br><br>        v.<br><br>THE PARK SCHOOL and SCOTT YOUNG, individually and as Head of School,<br><br>    Defendants. | Civil Action No. 26-cv-12757 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants The Park School and Scott Young

in the above-captioned case.


Respectfully submitted,

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: June 17, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2026, this document was filed through the ECF system.

It will be sent electronically to the registered participants, as identified on the Notice of

Electronic Filing.

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg