**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Allen-Brooks** ) | |
| **Plaintiff,** ) | **Case No. 26-cv-12757-DJC** |
| **v.** ) | |
| ) | |
| **The Park School et al** ) | |
| **Defendants** ) | |
| ) | |

## ORDER OF RECUSAL

**CASPER, C.J.**

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455(a).

**So Ordered**.

/s/ Denise J. Casper
Chief United States District Judge

Date:  June 22, 2026