UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **JANICE ALLEN BROOKS,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | Civil Action No. 1:26-cv-12757-RGS |
| ) | |
| **THE PARK SCHOOL and** ) | |
| **SCOTT YOUNG, individually and as** ) | |
| **Head of School,** ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**PLAINTIFF'S MOTION TO VACATE ORDER GRANTING DEFENDANTS'
PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

The Plaintiff moves this Court to vacate the Order entered on July 15, 2026, granting the Defendants' Partial Motion to Dismiss Plaintiff's Complaint. As grounds for this Motion, the Plaintiff states as follows:

1. On July 8, 2026, counsel for the Defendants granted Plaintiff's counsel a fourteen (14) day extension of time to file a response to the Defendants' Partial Motion to Dismiss Plaintiff's Complaint. A copy of the correspondence confirming the extension is attached hereto as Exhibit 1.

2. Plaintiff's counsel inadvertently failed to file an assented-to motion for leave to file Plaintiff's response within the agreed-upon extended deadline.

3. Because no response had been filed, the Court entered its Order on July 15, 2026, granting the Defendants' Partial Motion to Dismiss.

4. Plaintiff respectfully requests that the Court vacate the July 15, 2026 Order so that Plaintiff may file a response to the Defendants' Partial Motion to Dismiss by July 22, 2026.

WHEREFORE, Plaintiff respectfully requests that this Court vacate the Order entered on July 15, 2026, which grants the Defendants' Partial Motion to Dismiss the claims against Defendants, and permit the Plaintiff to file a response to the Motion to Dismiss by July 22, 2026.

Respectfully submitted,
Janice Allen-Brooks,
By her attorney,

Dated: July 17, 2026

*/s/ Denzil D. McKenzie*
Denzil D. McKenzie, BBO No. 336420
McKenzie & Associates, P.C.
183 State Street, Suite 6
Boston, MA 02109
Tel: 617.778.0010
denzil@mckenzielawpc.com

## CERTIFICATE OF SERVICE

I, Denzil D. McKenzie, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2024.

Dated: July 17, 2026

*/s/ Denzil D. McKenzie*
Denzil D. McKenzie