# EXHIBIT 1

**From:** Victoria L. Steinberg <vsteinberg@clohertysteinberg.com>
**Date:** Wednesday, July 8, 2026 at 4:53 PM
**To:** Denzil D. McKenzie <denzil@mckenzielawpc.com>
**Cc:** Alexandra Arnold <aarnold@clohertysteinberg.com>
**Subject:** RE: Allen Brooks. v. The Park School, USDC Civil Action 1: 26-CV-12757-RGC

Hi Attorney McKenzie,

Thank you for your email.  You can indicate on your motion that we have conferred and Defendants assent to the extension requested.  I hope that Ms. Allen is feeling much better!

Best,
Vicky

Victoria L. Steinberg



One Financial Center, Suite 1120
Boston, MA 02111
O: 617-481-0160
D: 617-481-0602
vsteinberg@clohertysteinberg.com
www.clohertysteinberg.com

---

**From:** Denzil D. McKenzie <denzil@mckenzielawpc.com>
**Sent:** Wednesday, July 8, 2026 4:18 PM
**To:** Victoria L. Steinberg <vsteinberg@clohertysteinberg.com>
**Subject:** Allen Brooks. v. The Park School, USDC Civil Action 1: 26-CV-12757-RGC

 You don't often get email from denzil@mckenzielawpc.com. Learn why this is important
# Dear Attorney Steinberg:

I am writing to request a 14-day extension of time to respond to your client's motion to dismiss our complaint. Our client contracted a virus, which resulted in her hospitalization; therefore, we have not been able to consult with her regarding the motion to dismiss.

We would appreciate your courtesy in extending the time to answer the complaint.

Thanks in advance for your courtesy with this matter.


*Denzil D. McKenzie*

McKenzie & Associates, P.C.
183 State Street, Suite 6
Boston, MA 02109
Main: 617.723.0400 x 5125
Direct: 617.778.0010
Fax. 617.723.7234
DMcKenzie@McKenzielawpc.com

The information in this email is proprietary, privileged, and confidential and intended only for the use of the individual or entity named above. If you are not the intended recipient, please take notice that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited. If this email was misaddressed to you, please notify me immediately by telephone or return email and delete the original message from all computer systems under your control.