| | |
|---|---|
| **From:** | Prosky, Melissa(CAD) |
| **To:** | Alexandra Arnold |
| **Subject:** | RE: Janice Allen Brooks v. The Park School, 23BEM02694 |
| **Date:** | Tuesday, June 9, 2026 4:22:51 PM |
| **Attachments:** | image001.png |

You don't often get email from melissa.prosky@mass.gov. Learn why this is important

Good Afternoon Alex,

Unfortunately, I was not able to connect with Complainant's counsel regarding this matter. My advisor has been away for the time being, but I will reach out to her when she returns and get back in touch with you if I have more information.

Best,
Melissa



**Melissa Prosky (she/her)**
Investigator
Massachusetts Commission Against Discrimination (MCAD)
1 Ashburton Pl, Suite 601, Boston, MA 02108
mass.gov/mcad
**Phone** 617-994-6083  **Email** melissa.prosky@mass.gov

---

**From:** Alexandra Arnold <aarnold@clohertysteinberg.com>
**Sent:** Thursday, June 4, 2026 4:13 PM
**To:** Prosky, Melissa(CAD) <Melissa.Prosky@mass.gov>
**Subject:** RE: Janice Allen Brooks v. The Park School, 23BEM02694

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Melissa,

Were you ever able to connect with Complainant and/or her attorney regarding withdrawal of this matter?

Thanks!
Alex

---

**From:** Prosky, Melissa(CAD) <<u>Melissa.Prosky@mass.gov</u>>
**Sent:** Monday, October 27, 2025 4:00 PM
**To:** Alexandra Arnold <<u>aarnold@clohertysteinberg.com</u>>
**Cc:** Victoria L. Steinberg <<u>vsteinberg@clohertysteinberg.com</u>>
**Subject:** FW: Janice Allen Brooks v. The Park School, 23BEM02694

> You don't often get email from <u>melissa.prosky@mass.gov</u>. <u>Learn why this is important</u>

Good Afternoon All,

Thank you for your request for a status update. This matter is still active with the Commission and I am not aware of any withdrawal notice from Complainant. I will reach out to Complainant and her attorney to see if they have submitted a withdrawal form.

Best,
Melissa



**Melissa Prosky (she/her)**
Investigator
Massachusetts Commission Against Discrimination (MCAD)
1 Ashburton Pl, Suite 601, Boston, MA 02108
<u>mass.gov/mcad</u>
**Phone** 617-994-6083  **Email** <u>melissa.prosky@mass.gov</u>