**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JANICE ALLEN BROOKS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE PARK SCHOOL and SCOTT YOUNG, individually and as Head of School,**<br>**Defendants.** | **CIVIL ACTION NO. 1:24-CV-1089** |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)**

Pursuant to Fed. R. Civ. P. 26(a)(1), the Plaintiff, Janice Allen Brooks ("Plaintiff" or "Mrs. Brooks"), hereby makes the initial disclosures below. The Plaintiff reserves the right to amend these disclosures as discovery progresses and states that these disclosures are based on the Plaintiff's knowledge and understanding of the facts of this case as of the date indicated below.

The Plaintiff expressly preserves (a) all objections to the production or admissibility of any information or document identified herein on the grounds of privilege, work product, relevance, or any other proper ground; and (b) the right to object to the use of any information disclosed herein for any purposes. The identification of any individual or document is not a representation that the individual will be called as a witness or that the document will be offered at trial.

Consistent with the Court's Order of July 15, 2026 (Dkt. No. 9), as confirmed on July 30, 2026 (Dkt. No. 13), these disclosures are directed to the claims remaining in this action: Counts

I and II (M.G.L. c. 151B), Counts IV and V (Americans with Disabilities Act), and Count IX (Breach of Contract, against the Park School only).

**Rule 26(a)(1)(A)(i) – Individuals Likely to Have Discoverable Information:**

The Plaintiff submits that the following individuals are likely to be in possession of discoverable information:

**A. Janice Allen-Brooks**

c/o McKenzie & Associates, P.C.

183 State Street, Suite 6

Boston, MA 02109

Subjects of information include, without limitation: knowledge of facts alleged in the Complaint, including her 33-year employment with the Defendants; her disabilities and the Defendants' knowledge of them; her accommodation requests beginning with 2018, and the subsequent accommodation requests agreed upon at the June 2022 meeting; the Defendants' failure to implement those accommodations; the working conditions she encountered in September–October 2022; the hiring, conduct, and supervision of Innocent Okechukwu; her complaints to administrators; the October 24, 2022 meeting with Scott Young; the deactivation of her building and system access on October 25, 2022; and general communications both individually and through representatives and agents;  other information as needed to support Plaintiff's allegations.

**B. Robert Brooks**

c/o McKenzie & Associates, P.C.

183 State Street, Suite 6

Boston, MA 02109

Subjects of information include, without limitation: his attendance at the June 2022 accommodation meeting between Mrs. Brooks, Mr. Young, and the Park School's HR representative; his navigation of the premises and the construction conditions; the removal of the front entrance accessible parking; the Plaintiff's interactions with Mr. Okechukwu and fellow administrators; knowledge of the Plaintiff's emotional distress and damages; and general communications with the Defendants, the Park School, both individually and through representatives and agents; other information as needed to support Plaintiff's allegations.

**C. Scott Young**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: knowledge of the Plaintiff's disabilities and accommodation requests from 2018 forward; the 2022-2023 contract; the June 2022 accommodation meeting, and the agreed upon accommodations; the early retirement offers made to Plaintiff in June 2022 and thereafter; the removal of Pre-K from the Plaintiff schedule; the hiring and supervision of Mr. Okechukwu; the Plaintiff's complaints regarding Mr. Okechukwu; the October 24, 2022 meeting; the deactivation of the Plaintiff's access; and the Defendant's characterization of the Plaintiff's separation as voluntary retirement; and general communications with the Defendants both individually and through representatives and agents; other information as needed to support the Plaintiff's allegations.

**D. Innocent Okechukwu**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: knowledge of his interview and hiring; his qualifications and background; his conduct in the Plaintiff's classroom, including the theater incident; and general communications with the Plaintiff and with representatives of the Plaintiff; the Plaintiff's request for her reasonable accommodation for her disability; other information as needed to support the Plaintiff's allegations.

**E. Tina Fox**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: knowledge of the student masking accommodation and its enforcement; the interview and hiring of Mr. Okechukwu; the Plaintiff's complaints regarding Mr. Okechukwu; the meeting concerning Mr. Okechukwu; the Plaintiff's request for her reasonable accommodation for her disability; and general communications with the Plaintiff as well as other information as needed to support the Plaintiff's allegations.

**F. Sadie Maye**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: knowledge of the Plaintiff's disabilities, and her communications to Mr. Young in 2018; the Plaintiff's performance and accommodation needs; the music department staffing and the absence of a department assistant;

the Plaintiff's request for her reasonable accommodation for her disability; the circumstances of her 2022 departure; and other information as needed to support the Plaintiff's allegations.

**G. Connie Yepez**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: communications with the Plaintiff; Plaintiff's request for her reasonable accommodation for her disability; her complaints to the school administration; and other information as needed to support the Plaintiff's allegations.

**H. Jerilyn Willig**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: knowledge of the removal of accessible parking spaces at the front entrance, the resulting difficulties for the Plaintiff and others; the Plaintiff's request for her reasonable accommodation for her disability; and general communications with the Plaintiff, as well as other information as needed to support Plaintiff's allegations.

**I. Sarah Carter**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: attendance at the June 2022 accommodation meeting; knowledge of the accommodations discussed and agreed upon; the ADA forms provided to the Plaintiff and her physician; the early retirement offer(s), the administrative processing of the Plaintiff's separation, and general communications with the Plaintiff as well as other information needed to support the Plaintiff's allegations.

**J. Annabel Ambrose**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 0211

Subjects of information include, without limitation: communications with the Plaintiff; the Plaintiff's request for reasonable accommodation for her disability; other information as needed to support Plaintiff's allegations.

**K. Kenny Rogers**

c/o Cloherty & Steinberg LLP

One Financial Center, Suite 1120

Boston, MA 02111

Subjects of information include, without limitation: knowledge of the Plaintiff's complaint regarding Mr. Okechukwu; the meeting concerning Mr. Okechukwu; the Plaintiff's request for reasonable accommodation for her disability; and other information as needed to support Plaintiff's allegations.

**L. Dawn Oates**

c/o McKenzie & Associates, P.C.

183 State Street, Suite 6

Boston, MA 02109

Subjects of information include, without limitation: her knowledge of the accommodations requested by the Plaintiff; the Defendants' failure to remediate this auditorium; Defendants' failure in general to remediate the defective conditions found and reported on the premises; personal request for an accommodation for herself or a family member, and the Defendants' response to said request; and general communications with the Defendants, the Park School, both individually and through representatives and agents; other information as needed to support Plaintiff's allegations.

**M. Trisha Thoman**

c/o McKenzie & Associates, P.C.

183 State Street, Suite 6

Boston, MA 02109

Subjects of information include, without limitation: her knowledge of the accommodations requested by the Plaintiff; the Defendants' failure to remediate the lack of handicap parking space; personal request for an accommodation for herself or a family member, and the Defendants' response to said request; and general communications with the Defendants, the Park School, both individually and through representatives and agents; other information as needed to support Plaintiff's allegations.

**Rule 26(a)(1)(A)(ii) – Documents, Electronically Stored Information, Tangible Things:**

After reasonable inquiry, the Plaintiff submits that the following categories of documents, electronically stored information, and tangible things are likely to contain items relevant to this action:

1. The Plaintiff's employment contract for the 2022-2023 school year, received and executed on March 4, 2022, together with prior contracts, offer letters, and salary and benefits statements in Plaintiff's possession.

2. Any and all communications between Plaintiff and Mr. Young from December 14, 2021, forward concerning Plaintiff's return to in-person teaching, including the Winterfest invitation and the spring 2022 chorus preparation.

3. The ADA accommodation forms provided by Mr. Young in June 2022, as completed by Plaintiff and her physician(s), and physician letters submitted to The Park School regarding Plaintiff's disabilities from 2018 forward.

4. The early retirement package(s) offered to Plaintiff and all emails and correspondence from Mr. Young or others at The Park School proposing retirement or separation, from June 2022 through October 2022.

5. Any and all emails, text messages, and other communications between Plaintiff and Mr. Young, Ms. Fox, Mr. Rogers, Ms. Boyd, Ms. Carter, Mr. Kessler, Mr. Cordes, Ms. Maye and other School personnel concerning accommodations, scheduling, IT support, classroom conditions, the accessible parking change, the theater stairs, fire drill procedures, and Mr. Okechukwu.

6. The Plaintiff's 2022-2023 class schedule and documents reflecting the conflict between the chorus schedule and her monthly infusion appointments.

7. Any and all documents relating to Plaintiff's approved personal leave for October 25, 2022, and documents reflecting the deactivation of her email, systems, and key fob access on or about October 25, 2022.

8. Any and all communications from the Defendants characterizing the Plaintiff's separation as a resignation or retirement, and any separation-related correspondence or paperwork received by Plaintiff.

9. The Plaintiff's EEOC charge and amended charge (Charge No. 846-2023-11936), MCAD filings, Defendants' position statement(s), rebuttal submissions, and correspondence with the EEOC and MCAD.

10. The Plaintiff's claim file and the determination of the Massachusetts Department of Unemployment Assistance, and related correspondence.

11. Any and all Pay stubs, W-2 forms, benefits summaries, health insurance documents, and retirement plan statements for 2019 through 2022, and tax returns for 2020 through 2025 (to be produced subject to a protective order).

12. Any and all documents reflecting the Plaintiff's efforts to mitigate her damages, including any applications, correspondence with prospective employers, and records of any interim earnings from October 2022 to the present.

13. Any and all medical records concerning Plaintiff's disabilities, treatment, the 2018 and 2019 injuries, and emotional distress (to be produced subject to a protective order and, per the Court's Order, through the authorizations provided herewith).

14. Any and all documents reflecting Plaintiff's performance, commendations, and professional accomplishments during her employment, including materials relating to student performances at the White House, for Nelson Mandela, and with Rosa Parks.

15. Any and all documents relating to Plaintiff's December 2018 and February 2019 workplace injuries, including any incident reports or workers' compensation records in Plaintiff's possession

The Plaintiff's investigation of this matter is not yet complete. The Plaintiff may disclose additional information, documents, or tangible things when they become known or relevant to her claim. The Plaintiff also believes that additional categories of documents or tangible things may be known to and/or in the possession of the Defendants, and their counsel.

**Rule 26(a)(1)(A)(iii) – Computation of Damages:**

The Plaintiff's damages are subject to ongoing discovery. Notwithstanding this fact, and without limitation, Plaintiff submits that she anticipates damages in this case will fall into the following categories: (a) Compensatory damages including but not limited to back pay and front pay; lost wages and benefits; lost future earning capacity; retirement benefits; emotional distress damages; consequential damages; (b) Punitive damages; (c) Reasonable attorneys' fees, costs and expenses; (d) The Plaintiff's pre-judgment and post-judgment interest as provided by law. The Plaintiff has pleaded total damages of $575,000.

**Rule 26(a)(1)(A)(iv) – Insurance Agreements:**

After reasonable inquiry, the Plaintiff submits that, based on her knowledge at this time, there are no insurance policies or agreements that would provide coverage relevant to any of Plaintiff's claims in this case.

Respectfully submitted,
Janice Allen Brooks
By her attorney,

Dated: September 10, 2026

/s/Denzil D. McKenzie
Denzil D. McKenzie, BBO No. 336420
McKenzie & Associates, P.C.
183 State Street, Suite 6
Boston, MA 02109
Tel.: 617.723.0400
Fax: 617.723.7234
Denzil@mckenzielawpc.com

**CERTIFICATE OF SERVICE**

I, Denzil D. McKenzie, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on September 10, 2026.

Dated: September 10, 2026

/s/Denzil D. McKenzie
Denzil D. McKenzie